UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION


MICHAEL L. CONE


v.                                         Case No.:  8:10-cv-1975-T-24 MAP
                                                      8:06-cr-43-T-24 MAP


UNITED STATES OF AMERICA

_____/

# O R D E R

This cause is before the Court upon Petitioner Michael Cone's motion to vacate, set

aside, or correct an allegedly illegal sentence pursuant to 28 U.S.C. Section 2255.  (CV Doc. No.

1; CR Doc. No. 412).  However, Petitioner did not use the required form for his motion, AO

Form 243.  See Caley v. LaManna, 2008 WL 2906883, at *3 n.4 (D.S.C. July 28, 2008)(stating

that "[f]ederal prisoners seeking relief from convictions entered in a United States District Court

must use a Form AO 243").  As such, the Court denies the motion without prejudice and directs

Petitioner to re-file the motion by October 8, 2010 on the appropriate form, which is attached to

this Order.

Additionally, the Court notes that Petitioner filed a memorandum that exceeds 100

pages.[1]  However, the Local Rules of this Court do not allow memorandums filed in support of a

motion to exceed twenty-five pages.  Therefore, the Clerk is directed to strike the memorandum

and terminate it from the docket sheet.  Petitioner is directed to file a memorandum, not

_____

[1]Only 115 pages of the memorandum were sent to the Clerk's office for filing, but the
memorandum skips from page 114 to 135.  (CV Doc. No. 2).

exceeding twenty-five pages, with his § 2255 motion by October 8, 2010.

Accordingly, it is ORDERED AND ADJUDGED that:

(1)     Petitioner's § 2255 motion is **DENIED WITHOUT PREJUDICE**.  Petitioner is

directed to re-file his Section 2255 motion, using the appropriate form, by

October 8, 2010.  Failure to do so will result in this Court closing this case

without further notice.

(2)     The Clerk is directed to strike Petitioner's memorandum (CV Doc. No. 2) and

terminate it from the docket sheet.

(3)     Petitioner is directed to file a memorandum, not exceeding twenty-five pages, by

October 8, 2010.

**DONE AND ORDERED** at Tampa, Florida, this 9th day of September, 2010.

Copies to:
All Parties and Counsel of Record

SUSAN C. BUCKLEW
United States District Judge

Attachment: AO Form 243

2